| Name, Address, Phone, Fax, Email of Filer: | | |
|---|---|---|
| Debtor: | Chapter: | Case No.: |
| | Hearing Date: | |
| | Time: | |
| Joint Debtor: | **The hearing may be canceled if no response filed by:** | |

## OBJECTION TO CLAIM; NOTICE OF HEARING AND DEADLINE TO RESPOND

[*Pursuant to Fed. R. Bankr. P. 3007(b), effective December 1, 2007, an objection to claim may not include a demand for relief of a kind specified in Fed. R. Bankr. P. 7001. Such relief may be sought only in an adversary proceeding. Serve this objection on the claimant, debtor, trustee, and each party in interest at least 30 days before the hearing.*]

*Objecting Party:*

The undersigned hereby objects to the following claim under Fed. R. Bankr. P. 3007. As filed, the claim states:

| Claim No.: | Claimant Name and Address: | Amount | | | |
|---|---|---|---|---|---|
| | | Secured | General Unsecured | Priority Unsecured | Unclassified |
| | | | | | |

The undersigned asserts the claim should be treated as explained below and in the attached memorandum.

    Disallowed – already paid      Disallowed – duplicative      Disallowed – unsupported

    Disallowed – untimely      Reclassified as general unsecured

    Other:

**NOTICE IS HEREBY GIVEN THAT THIS CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED. You should read these papers carefully and discuss them with your attorney, if you have one.**

This matter has been set for hearing by the court as noted below. <u>If you do not want the court to eliminate or change this claim, then on or before 15 days prior to the hearing date, you or your lawyer must file with the court a written response to this objection, explaining your position.</u> If you mail your response to the court for filing, you must mail it to the address below early enough so that the court will **receive** it on or before the deadline to respond.

| United States Bankruptcy Court<br>District of Hawaii<br>1132 Bishop Street, Suite 250L<br>Honolulu, HI 96813 | Hearing Date:<br><br>Time: | Deadline to respond: |
|---|---|---|

You must also mail a copy to the objecting party at the address in the upper left corner of this paper.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to the claim, may cancel the hearing, and may enter an order sustaining the objection to this claim.

hib_3007     1/08     [*ECF: Bankruptcy … Claims … Objection to Claim*]

| MEMORANDUM IN SUPPORT OF OBJECTION |||
|---|---|---|
| For the reasons stated below, the claim should be: ||||

Disallowed in its entirety.

| | Amount |||
|---|---|---|---|
| | *Secured* | *General Unsecured* | *Priority Unsecured* |
| Reclassified/modified in the following amount(s): | | | |

[*Explain the grounds for the objection. Attach additional pages, declarations, or exhibits as necessary.*]

Dated: _____ /s/_____